In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Appellant and Respondent, for an Order to Take Possession of the Property of the SECOND RUSSIAN INSURANCE COMPANY, Appellant and Respondent.

HOWARD SUTHERLAND, as Alien Property Custodian of the United States, Respondent and Appellant.

(Submitted June 1, 1931; decided June 9, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 177.)